**Form 135**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Christopher J. D'Amico**
   Debtor(s)

Bankruptcy Case No.: 22−22202−JAD

Chapter: 13
Docket No.: 38 − 9, 34

# ORDER

    WHEREAS this Court issued an *Order for Payment of Filing Fees in Installments* due by **December 13, 2022** and the final installment was not paid,

    **IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE.**

    Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

    Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: December 20, 2022

cm: All Creditors and All Parties In Interest

                                                Jeffery A. Deller
                                                United States Bankruptcy Judge