# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: auto | Date Created: 12/20/2022 |
| Case: 22−22202−JAD | Form ID: 135 | Total: 70 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

cr   Rushmore Loan Management Services, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage−TT−V

TOTAL: 1

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| aty | Keri P. Ebeck | kebeck@bernsteinlaw.com |
| aty | Lauren Moyer | lmoyer@friedmanvartolo.com |
| aty | Michael S. Geisler | m.s.geisler@att.net |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Christopher J. D'Amico | 1363 Sandstone Drive    Mc Donald, PA 15057 |
| cr | PRA Receivables Management, LLC | PO Box 41021    Norfolk, VA 23541 |
| cr | Duquesne Light Company | c/o Bernstein−Burkley, P.C.    601 Grant Street, 9th Floor    Pittsburgh, PA 15219 |
| cr | Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118 |
| cr | BMW Financial Services NA, LLC, c/o AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118 |
| smg | Pennsylvania Department of Revenue | Bankruptcy Division    P.O. Box 280946    Harrisburg, PA 17128−0946 |
| smg | Pennsylvania Dept. of Revenue | Department 280946    P.O. Box 280946    ATTN: BANKRUPTCY DIVISION    Harrisburg, PA 17128−0946 |
| 15544042 | AT&T Mobility II, LLC. | c/o AT&T Services, Inc.    Karen A. Cavagnaro, Paralegal    One AT&T Way, Suite 3A104    Bedminster, NJ 07921 |
| 15544037 | Afni, Inc. | P.O. Box 3097    Bloomington, IL 61702 |
| 15544038 | American Express National Bank | c/o Becket and Lee LLP    P.O. Box 3001    Malvern, PA 19355−0701 |
| 15553472 | American Express National Bank | c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355−0701 |
| 15544039 | Amex | P.O. Box 981537    El Paso, TX 79998 |
| 15544040 | Amex | P.O. Box 981540    El Paso, TX 79998 |
| 15544041 | Angel D'Amico | 1363 Sandstone Drive    Mc Donald, PA 15057 |
| 15544043 | BMW Financial Services | Attn: Bankruptcy Dept.    P.O. Box 3608    Dublin, OH 43016 |
| 15544044 | BMW Financial Services | Attn: Customer Accounting    5550 Britton Parkway    Hilliard, OH 43026 |
| 15544045 | Capital One | Attn: General Correspondence    P.O. Box 30285    Salt Lake City, UT 84130−0285 |
| 15544046 | Capital One | P.O. Box 31293    Salt Lake City, UT 84131 |
| 15544048 | Capital One Auto Finance | P.O. Box 30285    Salt Lake City, UT 84130 |
| 15544047 | Capital One Auto Finance | P.O. Box 4360    Houston, TX 77210 |
| 15544049 | Capital One Bank | by American InfoSource as agent    P.O. Box 71083    Charlotte, NC 28272−1083 |
| 15548557 | Capital One N.A. | by American InfoSource as agent    PO Box 71083    Charlotte, NC 28272−1083 |
| 15544050 | Central Credit Services, LLC. | Attn: Bankruptcy    9550 Regency Square Blvd., Suite 500A    Jacksonville, FL 32225 |
| 15544051 | Christopher D'Amico | 1111 Canterbury Drive    Imperial, PA 15126 |
| 15544052 | Collecion Service Center, Inc. | 839 5th Avenue    P.O. Box 560    New Kensington, PA 15068−0560 |
| 15544053 | Credit One Bank | P.O. Box 98873    Las Vegas, NV 89193 |
| 15544054 | Fedloan Servicing Credit | P.O. Box 60610    Harrisburg, PA 17106−0610 |
| 15544055 | Fedloan Servicing Credit | P.O. Box 669184    Harrisburg, PA 17106−0610 |
| 15544258 | First Portfolio Ventures Ii, Llc | 3091 Governors Lake Drive Suite 500    Peachtree Corners, GA 30071 |
| 15544056 | Fortiva | Attn: Bankruptcy Dept.    P.O. Box 105555    Atlanta, GA 30348 |
| 15544059 | Freedom Mortgage Corporation | 10500 Kincaid Drive    Fishers, IN 46037 |
| 15544057 | Freedom Mortgage Corporation | Attn: Bankruptcy Dept.    907 Pleasant Valley Avenue, Suite 3    Mount Laurel, NJ 08054 |
| 15544058 | Freedom Mortgage Corporation | P.O. Box 50485    Indianapolis, IN 46250 |
| 15544060 | Friedman Vartolo, L.P. | 1325 Franklin Avenue, Suite 160    Garden City, NY 11530 |
| 15544061 | Genesis Credit/Celtic Bank | P.O. Box 4499    Beaverton, OR 97076 |
| 15544063 | Genesis FS Card Services | P.O. Box 4477    Beaverton, OR 97076−4477 |
| 15544062 | Genesis FS Card Services | P.O. Box 4499    Beaverton, OR 97076−4477 |
| 15544064 | Hillcrest Davidson & Associates, LLC. | Attn: Bankruptcy Dept.    715 N. Glenville Drive, Suite 450    Richardson, TX 75081 |

| ID | Name | Address |
|---|---|---|
| 15544065 | Internal Revenue Service | Centralized Insolvency Operations   P.O. Box 7346   Philadelphia, PA 19101–7346 |
| 15544066 | KML Law Group | Mellon Independence Center   701 Market Street, Suite 5000   Philadelphia, PA 19106 |
| 15545498 | LVNV Funding, LLC | Resurgent Capital Services   PO Box 10587   Greenville, SC 29603–0587 |
| 15544067 | LVNV Funding, LLC | c/o Resurgent Capital Services   P.O. Box 10587   Greenville, SC 29603–0587 |
| 15544068 | LVNV Funding, LLC. | Attn: Bankruptcy   P.O. Box 10497   Greenville, SC 29603 |
| 15544069 | LVNV Funding, LLC., assignee | c/o Resurgent Capital Services   P.O. Box 10587   Greenville, SC 29603–0587 |
| 15544070 | Midland Credit Management, Inc. | 320 East Big Beaver   Troy, MI 48083 |
| 15544071 | Midland Fund | 350 Camino De La Reine, Suite 100   Carlsbad, CA 92018 |
| 15546567 | NAVIENT CFC | C/O Navient Solutions, LLC.   PO BOX 9640   Wilkes–Barre, PA 18773–9640 |
| 15544072 | Navient CFC | c/o Navient Solutions, LLC.   P.O. Box 9640   Wilkes Barre, PA 18773–9640 |
| 15545507 | Navient Solutions, LLC. on behalf of | Ascendium Education Solutions Inc   PO BOX 8961   Madison, WI 53708–8961 |
| 15544073 | Navient Solutions, LLC. on behalf of | Ascendium Education Solutions, LLC.   P.O. Box 8961   Madison, WI 53708 |
| 15544074 | New Credit America | 811 SW Naito, Suite 300   Portland, OR 97204 |
| 15544075 | Patenaude & Felix, A.P.C. | 501 Corporate Drive   Southpointe, Suite 205   Coraopolis, PA 15108 |
| 15544076 | Portfolio Recovery Associates | 130 Corporate Blvd., Suite 100   Norfolk, VA 23502 |
| 15544078 | Portfolio Recovery Associates, LLC | P.O. Box 12914   Norfolk, VA 23541 |
| 15544077 | Portfolio Recovery Associates, LLC | P.O. Box 41067   Norfolk, VA 23541–1067 |
| 15552735 | Portfolio Recovery Associates, LLC | POB 12914   Norfolk VA 23541 |
| 15544079 | Southwest Recovery Service | 17311 Dallas Parkway, Suite 23   Dallas, TX 75248 |
| 15544080 | Spring Oaks Capital SPV, LLC. | P.O. Box 1216   Chesapeake, VA 23327–1213 |
| 15544123 | Synchrony Bank | c/o of PRA Receivables Management, LLC   PO Box 41021   Norfolk, VA 23541 |
| 15544081 | U.S. Bank, National Association | c/o Rushmore Loan Management Systems   P.O. Box 55004   Irvine, CA 92619–2708 |
| 15544082 | Uplift, Inc. | Attn: Bankruptcy   801 El Camino Road   Menlo Park, CA 94025 |
| 15544083 | Uplioft, Inc. | 440 N. Wolfe Road   Sunnyvale, CA 94085 |
| 15544084 | Verizon | by American Infosource, LP as agent   P.O. Box 4457   Houston, TX 77210–4457 |
| 15544085 | West Penn Power | 5001 NASA Blvd.   Fairmont, WV 26554 |

TOTAL: 64