IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **CHRISTOPHER J. D'AMICO,** | : | Case No. **22-22202-JAD** |
| *Debtor* | : | |
| | : | Related to Doc. No. 38 |
| **CHRISTOPHER J. D'AMICO**, | : | |
| *Movant,* | : | |
| Vs | : | |
| | : | |
| **NO RESPONDENTS,** | : | |

## DEBTOR'S MOTION TO RECONSIDER DISMISSAL

AND NOW comes the Debtor, CHRISTOPHER J. D'AMICO, by and through his Attorney, MICHAEL S. GEISLER, ESQUIRE, and files this Motion, of which the following is a statement:

1. Movant is the Debtor.

2. The Debtor filed a Chapter 13 Petition.

3. The filing fee was ordered to be paid by 12/13/2022.

4. The filing fee was sent on 12/19/2022.

5. On 12/20/2022, the case was dismissed by this Court for the failure to pay the filing fee.

6. On 12/28/2022, the filing fee was acknowledged on the docket as received by the Clerk.

7.   This Motion has been filed within fourteen (14) days of the entry of the dismissal order.

WHEREFORE, the Debtor prays that this Court enter an order reconsidering the dismissal of the above case.

DATED: 1/3/2023

/s/ Michael S. Geisler

_____

**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtor

1100 Penn Center Blvd., #704
Pittsburgh, PA 15235
Tele:  (412) 613-2133
E-mail: m.s.geisler@att.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **CHRISTOPHER J. D'AMICO,** | : | Case No. **22-22202-JAD** |
| *Debtor* | : | |
| | : | Related to Doc. No. 38 |
| **CHRISTOPHER J. D'AMICO**, | : | |
| *Movant,* | : | |
| Vs | : | |
| | : | |
| **NO RESPONDENTS,** | : | |

## **CERTIFICATE OF SERVICE**

I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtor, hereby certify that I have served a true and correct copy of the within Motion upon the following by electronic means:

RONDA J. WINNECOUR, TRUSTEE
3250 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

DATED: 1/3/2023

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtor

1100 Penn Center Blvd., #704
Pittsburgh, PA 15235
Tele:   (412) 613-2133
E-Mail: m.s.geisler@att.net