IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **CHRISTOPHER J. D'AMICO,** | : | Case No. **22-22202-JAD** |
| *Debtor* | : | |
| | : | Related to Doc. No. 38 |
| **CHRISTOPHER J. D'AMICO**, | : | |
| *Movant,* | : | |
| Vs | : | |
| | : | |
| **NO RESPONDENTS,** | : | |

# **ORDER OF COURT**

AND NOW, this _____ day of _____, 20____, upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED and DECREED, that the dismissal of this case is hereby reconsidered and vacated.

_____
J.