UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-22202-JAD |
| | : | |
| Christopher J. D'Amico | : | |
|                   Debtor | : | Chapter 13 |
| | : | |
| Rushmore Loan Management Services, LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as Trustee for RMTP Trust, Series 2021 Cottage TT-V | : | Related to Document No. 51 |
| | : | Hearing Date and Time:  March 15, 2023 at 10:00 am |
| Movant | : | |
| | : | |
|        v. | : | |
| | : | |
| Christopher J. D'Amico | : | |
| Angel N D'Amico- Co-Debtor | : | |
| Ronda J. Winnecour- Trustee | : | |
| Respondent (if none, then "No Respondent") | : | |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

    **UPON** consideration of the Application of Rushmore Loan Management Services, LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as Trustee for RMTP Trust, Series 2021 Cottage TT-V (together with any successor and/or assign, "Movant") dated February 13, 2023 and with good cause appearing therefore, it is

    **ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby vacated for cause pursuant to 11 U.S.C. § 362(d)(1) to permit Movant to exercise all rights available to it under applicable law with respect to 1363 Sandstone Drive, McDonald, PA 15057; and it is further;

    **ORDERED** that the Co-Debtor stay in effect as it pertains to Angel N D'Amico to section 1301(a) of the Bankruptcy Code is hereby modified to allow Movant its successors and/or assigns to commence and /or continue with a foreclose action and eviction proceeding with regard to the Premises; and it is further;

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

3/15/2023

Jeffery A. Deller, U.S.B.J.

FILED
3/15/23 2:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA